# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

July 1, 2021

<u>**VIA CM/ECF**</u>
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

     Re: Norris v. Washland, LLC, et al.
       Case 1:21-cv-02946-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for July 9, 2021, at 10:15 a.m., in your Honor's Courtroom. However, the Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz

---

Application granted. The initial conference scheduled for July 9, 2021 is hereby adjourned to August 13, 2021 at 3:15 p.m. The joint letter described at Dkt. 7 shall be due August 6, 2021. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

Plaintiff is directed to provide a copy of this order to Defendants.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/02/2021