```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

               Plaintiff,

      v.

WASHLAND, LLC, and 794 NINTH AVENUE LLC,

               Defendants.

No. 21-CV-2946 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The initial conference scheduled for August 13, 2021 is hereby adjourned to **August 20, 2021 at 2:30 p.m.** The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. The joint letter described at Dkt. 7 shall be due August 13, 2021.

SO ORDERED.

Dated:    August 2, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge