USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

v.

WASHLAND, LLC, and 794 NINTH AVENUE LLC,

                Defendants.

21-CV-2946 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than January 3, 2022, the parties shall file a status letter updating the Court on whether the mediation session held on November 10, 2021, was successful.

SO ORDERED.

Dated:   December 21, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge